JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WINDUST,<br><br>        Petitioner,<br><br>        v.<br><br>PAT VASQUEZ, *Warden*,<br><br>        Respondent. | Case No. ED CV 17-0123 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 6, 2017

                      HON. MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE